# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Tampa Division

**JACOB PERRY,**    CASE NO.: 8:24-cv-2583-VMC-TGW
    *Plaintiff,*

v.

**JPMORGAN CHASE BANK, N.A.,**
**et al.,**

    *Defendants,*
_____/

## JOINT NOTICE OF SETTLEMENT
## AS TO DEFENDANT TRANS UNION, LLC

Plaintiff, JACOB PERRY and Defendant, TRANS UNION, LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate thirty (30) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: May 7, 2025

    *Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **QUILLING, SELANDER, LOWNDS ,** |
| 830 North Federal Highway | **WINSLETT & MOSER, P.C** |
| Lake Worth, FL 33460 | 6900 N. Dallas Pkwy., Suite 800 |
| Telephone: 561-655-3925 | Plano, TX 75024 |
| Fax: 844-921-1022 | Telephone: (214) 560-5442 |
| | Facsimile: (214) 871-2111 |
| */s/ Eiman Sharmin* | |
| Eiman Sharmin, Esq. | */s/ Alexandria Epps* |
| FBN: 716391 | Alexandria Epps, Esq. |
| Email: eiman@sharminlaw.com | Florida Bar No. 1002739 |
| | Email: aepps@qslwm.com |
| *Counsel for Plaintiff* | |

*Counsel for Defendant*
*Trans Union, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 7, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*