# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JACOB PERRY,                                      CASE NO.: 8:24-cv-2583-VMC-TGW

      Plaintiff,

vs.

JP MORGAN CHASE BANK, N.A. et al.,

      Defendants,

_____/

## FINAL MEDIATION REPORT

In accordance with the Notice of Mediation, an in-person Mediation was conducted with the parties and counsel on Monday, May 12, 2025, beginning at 1:30 p.m. The Plaintiff, JACOB PERRY, appeared with lead trial counsel. The Defendant, JP MORGAN CHASE BANK, N.A., appeared with its corporate representative and lead trial counsel.

All parties present participated in good faith. The parties reached a full settlement of this matter.

Respectfully submitted,

/s/ Gregory P. Holder
Gregory P. Holder, Esq., Mediator
Florida Bar No. 339326
1511 N. Westshore Blvd., Suite 700
Tampa, Florida 33606
Telephone: (813) 773-5106
Facsimile: (727) 498-8902
Email: greg@zinoberdiana.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that May 13, 2025, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ *Gregory P. Holder*
Gregory P. Holder, Esq., Mediator