# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

**JACOB PERRY,**   CASE NO.: 8:24-cv-2583-VMC-TGW

*Plaintiff,*

**v.**

**JPMORGAN CHASE BANK, N.A.,**
**et al.,**

*Defendants*

## JOINT NOTICE OF SETTLEMENT
## AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, JACOB PERRY, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: May 16, 2025

*Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **JONES DAY** |
| 830 North Federal Highway | 1221 Peachtree Street N.E., Suite 400 |
| Lake Worth, FL 33460 | Atlanta, Georgia 30361 |
| Telephone: 561-655-3925 | Phone: (404) 581-8023 |
| Fax: 844-921-1022 | |
| | */s/ Grant Edward Lavelle Schnell* |
| */s/ Eiman Sharmin* | Grant Edward Lavelle Schnell |
| Eiman Sharmin, Esq. | Florida Bar No. 108109 |
| FBN: 716391 | Email: gschnell@jonesday.com |
| Email: eiman@sharminlaw.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*