# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Tampa Division

**JACOB PERRY,**
    *Plaintiff,*

v.

**JPMORGAN CHASE BANK, N.A.,**
et al.,

    *Defendants,*
_____/

**CASE NO.: 8:24-cv-2583-VMC-TGW**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, JACOB PERRY, and Defendant, Equifax Information Services, LLC ("Equifax") have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Equifax shall each bear their own attorneys' fees and costs.

Dated: June 20, 2025

                *Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.**<br>830 North Federal Highway<br>Lake Worth, FL 33460<br>Telephone: 561-655-3925<br>Fax: 844-921-1022<br><br>*/s/ Eiman Sharmin*<br>Eiman Sharmin, Esq.<br>FBN: 716391<br>Email: eiman@sharminlaw.com<br><br>*Counsel for Plaintiff* | **SEYFARTH SHAW LLP**<br>233 S. Wacker Drive<br>Chicago, IL 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>*/s/ Paige Vacante*<br>Paige Vacante<br>(Bar No. 1019135)<br>Email: pvacante@seyfarth.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |
| **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024<br>Tel: (214) 560-5442<br>Fax: (214) 871-2111<br><br>*/s/ Alexandria Epps*<br>Alexandria Epps, Esq.<br>Florida Bar No. 1002739<br>Email: aepps@qslwm.com<br><br>*Counsel for Defendant*<br>*Trans Union, LLC* | **JONES DAY**<br>1221 Peachtree Street N.E.<br>Suite 400<br>Atlanta, Georgia 30361<br>Phone: (404) 581-8023<br><br>*/s/ Grant Edward Lavelle Schnell*<br>Grant Edward Lavelle Schnell, Esq.<br>Florida Bar No. 108109<br>gschnell@jonesday.com<br><br>*Attorney for Defendant*<br>*Experian Information Solutions, Inc.* |
| **MORGAN, LEWIS & BOCKIUS LLP**<br>600 Brickell Avenue, Suite 1600<br>Miami, FL 33131-3075<br>Direct: +1.305.415.3313 \|<br>Main: +1.305.415.3000<br><br>*/s/ Brian C. Frontino*<br>Brian C. Frontino, Esq.<br>Florida Bar No. 95200<br>brian.frontino@morganlewis.com | |

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*