# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| **JACOB PERRY,** | **CASE NO.: 8:24-cv-2583-VMC-TGW** |
| *Plaintiff,* | |
| v. | |
| **JPMORGAN CHASE BANK, N.A.,** et al., | |
| *Defendants,* | |
| _____/ | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, JACOB PERRY, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., ("Experian") have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Experian shall each bear their own attorneys' fees and costs.

Dated: July 10, 2025

*Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*

**SEYFARTH SHAW LLP**
233 S. Wacker Drive
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*/s/ Paige Vacante*
Paige Vacante
(Bar No. 1019135)
Email: pvacante@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Tel: (214) 560-5442
Fax: (214) 871-2111

*/s/ Alexandria Epps*
Alexandria Epps, Esq.
Florida Bar No. 1002739
Email:  aepps@qslwm.com

*Counsel for Defendant*
*Trans Union, LLC*

**JONES DAY**
1221 Peachtree Street N.E.
Suite 400
Atlanta, Georgia 30361
Phone: (404) 581-8023

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
gschnell@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

**MORGAN, LEWIS & BOCKIUS LLP**
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Direct: +1.305.415.3313 |
Main: +1.305.415.3000

*/s/ Brian C. Frontino*
Brian C. Frontino, Esq.
Florida Bar No. 95200
brian.frontino@morganlewis.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*